IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES,
ADC #07147                                                                                          PLAINTIFF

v.                                            5:08CV00233WRW/HLJ

RAY HOBBS, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without

prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of September, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE