IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES,
ADC #70147                                                                                    PLAINTIFF

v.                                        5:08CV00233HLJ

RAY HOBBS,  et al.                                                                      DEFENDANTS

<u>ORDER</u>

On March 2 2009, defendants filed their amended answer (DE #42) to plaintiff's amended

complaint (DE #39), asserting several affirmative defenses.  This matter is ready to be scheduled for

trial.  If defendants intend to rely on the defenses mentioned in their answer, they must file a dispositive

motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 8th day of July,  2009.

_____
United States Magistrate Judge