**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| LARRY WAYNE JONES, | * | |
| ADC #70147 | * | |
|       Plaintiff, | * | |
| vs. | * | |
| | * | No. 5:08-cv-00233-SWW-JJV |
| RAY HOBBS, Chief Deputy Director, | * | |
| Arkansas Department of Correction; *et al.,* | * | |
| | * | |
|       Defendants. | * | |

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 51) is GRANTED, and Defendants Harris and Hobbs are hereby DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 21st day of September, 2010.

                                            /s/Susan Webber Wright

                                          UNITED STATES DISTRICT JUDGE