# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| LARRY WAYNE JONES, | * | |
| ADC #70147 | * | |
|     Plaintiff | * | |
| vs. | * | |
| | * | No. 5:08-CV-00233-SWW-JJV |
| RAY HOBBS, Chief Deputy Director, | * | |
| Arkansas Department of Correction; *et al.,* | * | |
| | * | |
|     Defendants | * | |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. No objections have been filed on Plaintiff's behalf by appointed counsel; however, Plaintiff has filed a *pro se* motion to dismiss appointed counsel, and he requests additional time to file objections. In support of his motion, Plaintiff states specific objections to the recommended disposition. After careful review of the proposed findings and recommendations and Plaintiff's *pro se* objections, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS THEREFORE ORDERED that Defendant Conrad's motion for summary judgment (docket entry #160) is GRANTED and this action is DISMISSED WITH PREJUDICE in its entirety.

IT IS FURTHER ORDERED that Plaintiff's motion for dismissal of appointed counsel and extension of time to file additional objections (docket entry #169) is DENIED.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2012.

                                          /s/Susan Webber Wright

                                          UNITED STATES DISTRICT JUDGE