# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| LARRY WAYNE JONES, | * | |
| ADC #70147 | * | |
| Plaintiff | * | |
| vs. | * | |
| | * | No. 5:08-CV-00233-SWW-JJV |
| RAY HOBBS, Chief Deputy Director, | * | |
| Arkansas Department of Correction; *et al.*, | * | |
| | * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE